## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARK WALTERS,<br><br>    Petitioner,<br><br>v.<br><br>KRIS GOLDEY,<br>Warden, FCI El Reno,<br><br>    Respondent. | Case No. CIV-23-796-D |

### ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Suzanne Mitchell pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 36] in its entirety.

For the reasons stated therein, this action is **DISMISSED** without prejudice to refiling.[1] A separate judgment shall be entered accordingly.

**IT IS SO ORDERED** this 28th day of June, 2024.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge

---

[1] Petitioner's pending Motion for Injunction [Doc. No. 17] is rendered moot.